UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NABOR GUZMAN CONTRERAS,               Case No: 24-10097

       Petitioner,                              F. Kay Behm
vs                                                             United States District Judge

IRMA REZA-REYES, and LETICIA REYES
LAMBEROS,

       Respondents.

---

### ORDER GRANTING PETITIONER'S *EX PARTE* MOTION FOR TRO UNDER THE HAGUE CONVENTION, AND SCHEDULING HEARING

This matter having come before the court on Petitioner's *Ex Parte* Motion Under the Hague Convention for Entry of a TRO, and Scheduling of a Hearing; the court having reviewed same and found good cause for the relief requested.

Accordingly, **IT IS ORDERED** that:

1. The court will **GRANT** Petitioner's request for an immediate *ex parte* temporary restraining order.  As such, the removal of the Children from this court's jurisdiction pending a hearing on the merits of the Verified Petition is prohibited.  Neither Respondents nor any person acting in concert with Respondents, shall take any action to remove the Children from this jurisdiction pending resolution of the merits of the case.

2. A preliminary injunction hearing is scheduled for **March 7, 2024 at 2:00 p.m.**, at which time Respondents are ordered to show cause why relief requested in the Verified Petition should not be granted.

Petitioner may request that the hearing date be held sooner, once service of process is accomplished.

Dated this 18th day of January, 2024.

                                            s/F. Kay Behm
                                            F. Kay Behm
                                            U.S. District Court Judge